IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, a subrogee of FALLS CONDOMINIUM OWNERS ASSOCIATION, INC., | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 05-4307-CV-C-NKL ) |
| EAST SHORE OF THE FALLS DEVELOPMENT CO., INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict. This action came before the Court for a trial by jury.

XX  Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on May 2, 2006, Chubb's Motion for Default Judgment [Doc. # 4] is GRANTED. A default judgment in the amount of $152,973.93 is entered in favor of Chubb Custom Insurance Company against East Shore of the Falls Development Co., Inc.

AT THE DIRECTION OF THE COURT

Dated: May 2, 2006

P.L. BRUNE
Clerk

s/ RENEA KANIES
By: Renea Kanies, Courtroom Deputy